B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Case Number** 12–34894–DOT
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Arshela Monice Crawley
aka Arshela Evans
6778 Amster Rd
North Chesterfield, VA 23225

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
  Debtor: xxx−xx−6734

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor: NA

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

Arshela Monice Crawley is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: November 21, 2012                                William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 12-34894-DOT
Arshela Monice Crawley                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7         User: admin              Page 1 of 3         Date Rcvd: Nov 22, 2012
                             Form ID: B18             Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2012.
```
db         +Arshela Monice Crawley,    6778 Amster Rd,    North Chesterfield, VA 23225-7029
11336482    Asset Recovery Solutions,    2200 E Devon Ave, Ste 200,    Des Plaines, IL 60018-4501
11336483   +CAC Fin Coll,    2601 NW Expressway,    Oklahoma City, OK 73112-7236
11336488   +Check City,    PO Box 970183,    Orem, UT 84097-0183
11336491   +Chela/Sallie Mae,    Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
11336492    Chesterfield County Utilities,    PO Box 26725,    Richmond, VA 23261-6725
11336493   +Children's Hospital of Richmnd,    2924 Brook Rd,    Richmond, VA 23220-1298
11336495   +Colorado Student Loa/College Assist,    1560 Broadway,    Ste. 1700,    Denver, CO 80202-5159
11336496   +Credit Collections I,    2601 Nw Expressway Suite 1000e,    Oklahoma City, OK 73112-7238
11336500  ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
             (address filed with court: Dominion Virginia Power,     PO Box 26666,    Richmond, VA 23261-6666)
11336497    David Gouger, Esq.,     re: MSW Capital assgn Chase,    7834 Forest Hill Ave,
             Richmond, VA 23225-1974
11336498   +Dept Of Ed/sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
11336499    DirectTV,    attn: Bankruptcy Claims,    PO Box 6550,    Englewood, CO 80155-6550
11336503   +General Revenue Corporations,    11501 Northlake Dr,    Cincinnati, OH 45249-1618
11336504   +Glasser & Glasser,    PO Box 3400,    Norfolk, VA 23514-3400
11336508   +Jefferson Capital,    16 Mcleland Rd,    Saint Cloud, MN 56303-2198
11336510    LCA Collections,    PO Box 2240,    Burlington, NC 27216-2240
11336512   +MSW Capital,    641 Lexington Ave,    New York, NY 10022-4503
11336513   +MSW Capital LLC,    26 Cannon Ct,    Basking Ridge, NJ 07920-3842
11336511   +Messerli & Kramer, PA,    3033 Campus Dr #250,    Minneapolis, MN 55441-2662
11336514   +National Credit Adjust,    Po Box 3023,    Hutchinson, KS 67504-3023
11336515   +National Credit Adjusters,    PO Box 3023,    327 W 4th St,    Hutchinson, KS 67501-4842
11336517   +Patient First,    PO Box 758941,    Baltimore, MD 21275-8941
11336518    Plaza Recovery,    JAF Station,    PO Box 2769,    New York, NY 10116-2769
11336520   +Professional Recovery Consult,    2700 Meridian Pkwy, Ste 200,    Durham, NC 27713-2450
11336521   +Rcs/cvf Consumer Acqui,    Po Box 10525,    Greenville, SC 29603-0525
11336522   +Receivable Management,    240 Emery Street,    Bethlehem, PA 18015-1980
11336524   +SRA Associates of New Jersey,    401 Minnetonka Rd,    Hi Nella, NJ 08083-2914
11336525   +Stratford Bethany LLC,    4901 Dickens Rd, Ste 119,    Richmond, VA 23230-1952
11336529    Tate & Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
11428404   +The Debt Law Group,    11357 Nuckols Road Suite 145,    Glen Allen, VA 23059-5504
11336656   +U.S. Attorney,    600 East Main Street, Suite 1800,    Richmond, VA 23219-2430
11336531   +University Of Phoenix,    4025 S Riverpoint Pky,    Phoenix, AZ 85040-0723
11336534   +VHDA,   601 S. Belvidere Street,    Richmond, VA 23220-6504
11336535    Wachovia/Wells Fargo Bnkrptcy,    P.O. Box 10335,    Des Moines, IA 50306-0335
11336536   +Western Sky Financial,    PO Box 370,    Timber Lake, SD 57656-0370
11336537   +Wf/Wb Rec,    PO Box 3117,    Winston Salem, NC 27102-3117
11336538   +Williams & Fudge Inc,    Pob 266,    Rock Hill, SC 29731-6266
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +EDI: QHSHAIA.COM Nov 22 2012 22:38:00      Harry Shaia, Jr,    Spinella, Owings & Shaia, P.C.,
             8550 Mayland Drive,    Richmond, VA 23294-4704
11336481   +EDI: RMCB.COM Nov 22 2012 22:38:00      AMCA,    4 West Chester Plaza,    Elmsford, NY 10523-1615
11336480   +E-mail/Text: legal@alliedcashadvance.com Nov 22 2012 22:32:57      Allied Cash Advance,
             200 SE 1st St,    Ste 800,    Miami, FL 33131-1909
11336486    E-mail/Text: bankruptcy@cashcall.com Nov 22 2012 22:32:52      Cashcall,    PO Box 66007,
             Anaheim, CA 92816-0000
11336484   +E-mail/Text: cms-bk@cms-collect.com Nov 22 2012 22:32:54      Capital Management Svcs,
             726 Exchange St,    Suite 700,    Buffalo, NY 14210-1464
11336485   +EDI: CAPITALONE.COM Nov 22 2012 22:38:00      Capital One, N.a.,    Capital One Bank (USA) N.A.,
             Po Box 30285,    Salt Lake City, UT 84130-0285
11336487   +EDI: CHASE.COM Nov 22 2012 22:38:00      Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
11336489   +E-mail/Text: heatherg@checkcity.com Nov 22 2012 22:32:54      Check City,
             4708 Jefferson Davis Highway,    Richmond, VA 23234-3153
11336490   +E-mail/Text: heatherg@checkcity.com Nov 22 2012 22:32:54      Check City,    re: Bankruptcy,
             6001 West Broad Street,    Richmond, VA 23230-2221
11336494   +E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Nov 22 2012 22:34:16      City of Richmond,
             Dep't of Public Utilities,    730 E Broad St, 5th Floor,    Richmond, VA 23219-1861
11336499    EDI: DIRECTV.COM Nov 22 2012 22:38:00      DirectTV,    attn: Bankruptcy Claims,    PO Box 6550,
             Englewood, CO 80155-6550
11336501   +E-mail/Text: bknotice@erccollections.com Nov 22 2012 22:32:59      Enhanced Recovery Corp,
             Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
11336502    E-mail/Text: bknotice@erccollections.com Nov 22 2012 22:32:59      Enhanced Recovery Corporation,
             8014 Bayberry Rd,    Jacksonville, FL 32256-7412
11336505    EDI: ICSYSTEM.COM Nov 22 2012 22:38:00      IC System,    444 Highway 96 East,    PO Box 64886,
             Saint Paul, MN 55164-0886
11336507    EDI: IRS.COM Nov 22 2012 22:38:00      Internal Revenue Service,    Insolvency Unit,    PO Box 21126,
             Philadelphia, PA 19114-0000
11336506   +EDI: ICSYSTEM.COM Nov 22 2012 22:38:00      Ic Systems Inc,    Po Box 64378,
             St. Paul, MN 55164-0378
11336508   +EDI: JEFFERSONCAP.COM Nov 22 2012 22:38:00      Jefferson Capital,    16 Mcleland Rd,
             Saint Cloud, MN 56303-2198
```

```
District/off: 0422-7           User: admin              Page 2 of 3              Date Rcvd: Nov 22, 2012
                               Form ID: B18             Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
11336516      +E-mail/Text: collection@newgenfcu.org Nov 22 2012 22:32:53     New Generations FCU,
               1700 Robin Hood Rd,    Richmond, VA 23220-1012
11336519       EDI: PRA.COM Nov 22 2012 22:38:00      Portfolio Rc,   Attn: Bankruptcy,   Po Box 41067,
               Norfolk, VA 23541-0000
11336523      +EDI: PHINRJMA.COM Nov 22 2012 22:38:00      RJM Acquisitions LLC,   575 Underhill Blvd, Ste 224,
               Syosset, NY 11791-4437
11336528      +EDI: AISTMBL.COM Nov 22 2012 22:38:00      T-Mobile Bankruptcy Team,   PO Box 53410,
               Bellevue, WA 98015-3410
11336530      +EDI: URSI.COM Nov 22 2012 22:38:00      United Recovery System,   PO Box 722929,
               Houston, TX 77272-2929
11336532      +E-mail/Text: collection@newgenfcu.org Nov 22 2012 22:32:53     Vacap Federal Cu,
               1700 Robin Hood Rd,    Richmond, VA 23220-1000
11336533      +EDI: AFNIVZWIRE.COM Nov 22 2012 22:38:00      Verizon Wireless,   PO Box 3397,
               Bloomington, IL 61702-3397
                                                                                              TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11336509       Landmark Properties/,   Bethany Springs Apts
11336526*     +Stratford-Bethany LLC,   4901 Dickens Rd, Ste 119,   Richmond, VA 23230-1952
11336527      ##+Sunny Day Child Care,   6011 Jahnke Road,   Richmond, VA 23225-2837
                                                                                           TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 25, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0422-7          User: admin              Page 3 of 3              Date Rcvd: Nov 22, 2012
                              Form ID: B18             Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2012 at the address(es) listed below:
          Harry   Shaia, Jr    harryshaia@spinella.com,
           marykeller@spinella.com;dianecollins@spinella.com;annherrelko@spinella.com;hshaiajr@ecf.epiqsystems.com
          Robert B. Duke    on behalf of Debtor Arshela Crawley rdukelaw@gmail.com,
           2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com

                                                               TOTAL: 2